IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

TONY TERRELL MOSES, SR.,      )
                              )
      Petitioner,             )
                              )      CIVIL ACTION NO.
      v.                      )      3:19cv87-MHT
                              )         (WO)
UNITED STATES OF AMERICA,     )
                              )
      Respondent.             )

OPINION

Petitioner filed this motion for relief from judgment under Federal Rules of Civil Procedure 60(b)(4) and (6). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this motion be dismissed because it constitutes a second or successive 28 U.S.C. § 2255 motion, and the required permission has not been obtained from the Eleventh Circuit Court of Appeals. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of May, 2019.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE